JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ROZA KHOSRAVI JAM,<br><br>       Petitioner,<br><br>      v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>      Respondents. | Case No. 5:26-cv-02513-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order Granting Petition filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: June 12, 2026

_____
SHERI PYM
United States Magistrate Judge